UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ABDULLAH AL MAMUN,

          Petitioner,

v.

MATTHEW ALBENCE, et al.,

          Defendants.
_____/

Case No. 2:20-cv-11619

HONORABLE STEPHEN J. MURPHY, III

## **STIPULATED ORDER OF VOLUNTARY DISMISSAL**

By stipulation of the parties and pursuant to Fed. R. Civ. P. 41(a), this action is voluntarily dismissed without prejudice. Each party shall bear their own fees and costs.

**SO ORDERED**.

          s/ Stephen J. Murphy, III
          STEPHEN J. MURPHY, III
          United States District Judge

Dated: June 30, 2020

2

Stipulated and agreed to by:

| | |
|---|---|
| Pastor & Associates, P.C. | Matthew Schneider<br>United States Attorney |
| */s/ Carrie Pastor (w/ consent)*<br>Caridad Pastor (P43551)<br>Attorneys for Plaintiff<br>575 E. Big Beaver Road Suite 150<br>Troy, Michigan 48083<br>(248) 619-0065<br>carrie@pastorandassociates.com | */s/ Zak Toomey*<br>Zak Toomey (MO 61618)<br>Assistant U.S. Attorney<br>211 W. Fort Street, Suite 2001<br>Detroit, Michigan 48226<br>(313) 226-9617<br>zak.toomey@usdoj.gov |
| Date: June 30, 2020 | Date: June 30, 2020 |